IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. BARDIN,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTRYWIDE HOME LOANS; AMERICAHOMEKEY, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; US FUNDING GROUP, INC.; RAYMOND A. BOWDEN; JOHN MORRIS,<br><br>            Defendants. | 2:09-cv-01592-GEB-KJM<br><br>RELATED CASE ORDER |
| WILLIAM BARDIN,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTRYWIDE HOMELOANS, INC.; BAC HOME LOAN SERVICING, LP, A SUBSIDIARY OF BANK OF AMERICA, N.A.; AMERICAHOMEKEY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; US FUNDING GROUP, INC.; JOHN MORRIS and DOES 1-20 inclusive,<br><br>            Defendants. | 2:09-cv-01593-WBS-KJM |

         On November 13, 2009, I was informed about a Notice of Related filing in 09-cv-1593 WBS; the document should have also

1

been filed in 09-cv-1593 GEB, pursuant to the applicable local rule.  Examination of the above-entitled actions reveals that each action concerns a loan transaction for the same property on McDonald Drive in Sacramento, California.  Therefore the actions are related within the meaning of Local Rule 83-123(a).  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned to save judicial effort.

Therefore, action 2:09-cv-01593-WBS-KJM is reassigned to Judge Garland E. Burrell, Jr. for all further proceedings, and any dates currently set in the reassigned case are VACATED. Henceforth, the caption on documents filed in the reassigned case shall show the case number as 2:09-cv-01593-GEB-KJM.

Moreover, a status conference is scheduled in 2:09-cv-01593-GEB-KJM before Judge Garland E. Burrell, Jr. on February 1, 2010 at 9:00 a.m.  A joint status report shall be filed no later than fourteen days prior.

The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  November 13, 2009

GARLAND E. BURRELL, JR.
United States District Judge