IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. BARDIN,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTRYWIDE HOME LOANS;<br>AMERICANHOMEKEY, INC.; MORTGAGE<br>ELECTRONIC REGISTRATION SYSTEMS,<br>INC.; US FUNDING GROUP, INC.;<br>RAYMOND A. BOWDEN; JOHN MORRIS,<br><br>        Defendants. | 2:09-cv-1592-GEB-KJM<br><br><u>DISMISSAL ORDER</u> |

        On January 19, 2010 Plaintiff and Defendant AmericanHomeKey, Inc. filed a stipulation ("stipulation") to dismiss Plaintiff's First Amended Complaint ("FAC") without prejudice. (<u>See</u> Docket No. 24). However, it appears Plaintiff only intends to dismiss Defendant AmericanHomeKey, Inc. as a defendant without prejudice.

        Therefore, in accordance with the stipulation, Defendant AmericanHomeKey is dismissed without prejudice from this case; and, Plaintiff's Truth in Lending Act claim, which is only alleged against AmericanHomeKey in the FAC, is also dismissed without prejudice. AmericanHomeKey's pending motion to dismiss Plaintiff's FAC is deemed withdrawn. (<u>See</u> Docket No. 17).

Dated: February 1, 2010

                                                  GARLAND E. BURRELL, JR.
                                                  United States District Judge